| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  The Corporation Company  X  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>**Dialysis Clinic, Inc.**<br>**c/o The Corporation Company**<br>**2000 Interstate Park Drive, Suite 204**<br>**Montgomery, AL 36109**<br><br>2:07CV682-WKW (Cmpl Smo 20 days) | B. Received by (Printed Name)  The Corporation Company  C. Date of Delivery 7/31/07 |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7006 0810 0005 9516 9528 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540