IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGARET A. CARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:07-cv-00682-WKW ) ) JURY TRIAL DEMANDED |
| DIALYSIS CLINIC, INC. | ) ) |
| Defendant. | ) |

RECEIVED
2007 SEP -6 P 2: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ADMISSION OF J. DAVIDSON FRENCH *PRO HAC VICE*

The Defendant, Dialysis Clinic, Inc., moves the Court for admission of J. Davidson French *Pro Hac Vice*. A copy of Mr. French's Certificate of Good Standing in the United States District Court for the Middle District of Tennessee is filed herewith.

DATED this 5th day of September, 2007.

Respectfully submitted,

_____
Henry C. Barnett, Jr. (BAR037)
CAPELL & HOWARD, P.C.
150 South Perry Street
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8059

and

J. Davidson French (TN BPR # 015442)
BASS, BERRY & SIMS, PLC
AmSouth Center
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6240

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th of September, 2007 a copy of the foregoing Motion for Admission Pro Hac Vice was served on those listed below via U.S. Mail properly addressed and postage prepaid.

John D. Saxon
Russell P. Parker
Attorneys for Plaintiffs
2119 Third Avenue North
Birmingham, AL  35203

_____

6516308.1



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

MIDDLE DISTRICT OF TENNESSEE

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **J. DAVIDSON FRENCH** was duly admitted to practice in said Court on **January 28, 1993,** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on August 20, 2007



KEITH THROCKMORTON, CLERK

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARGARET A. CARTER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:07-cv-00682-WKW ) |
| **DIALYSIS CLINIC, INC.** | ) **JURY TRIAL DEMANDED** ) ) |
| Defendant. | ) ) |

### PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF J. DAVIDSON FRENCH *PRO HAC VICE*

Upon consideration of the Motion to Admit Pro Hac Vice, filed on behalf of J. Davidson French, and it appearing that J. Davidson French is a member of good standing of the United States District Court for the Middle District of Tennessee, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DATED this _____ day of August, 2007.

_____
**HONORABLE CHARLES S. COODY**
*CHIEF MAGISTRATE JUDGE*

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000351
Cashier ID: cstrecke
Transaction Date: 09/06/2007
Payer Name: BASS BERRY AND SIMS PLC
------------------------------------
PRO HOC VICE
 For: BASS BERRY AND SIMS PLC
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
------------------------------------
CHECK
 Remitter: BASS BERRY AND SIMS PLC
 Check/Money Order Num: 276664
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:      $0.00

DALM207CV000682-WKW

MOT/PHV J DAVIDSON FRENCH
```