IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGARET A. CARTER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-cv-682-WKW |
| | ) |
| DIALYSIS CLINIC, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Upon consideration of the Motion for Admission of J. Davidson French *Pro Hac Vice* (Doc. # 4) filed on September 6, 2007, it is ORDERED that the motion is GRANTED.

DONE this 10th day of September, 2007.

                                                /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE