IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARGARET A. CARTER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) Civil Action No.: 2:07-cv-00682-WKW |
| **v.** | ) |
| | ) |
| **DIALYSIS CLINIC, INC.** | ) |
| | ) |
|    **Defendant.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dialysis Clinic, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☒   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____            _____

Dated:  September 12, 2007         /s/ Davidson French_____
                                   J. Davidson French (TN BPR # 015442)
                                   BASS, BERRY &  SIMS, PLC
                                   AmSouth Center
                                   315 Deaderick Street, Suite 2700
                                   Nashville, Tennessee 37238
                                   (615) 742-6240
                                           and
                                   Henry C. Barnett, Jr. (BAR037)
                                   CAPELL & HOWARD, P.C.
                                   150 South Perry Street
                                   P.O. Box 2069
                                   Montgomery, Alabama  36102-2069
                                   (334) 241-8059
                                   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th of September, 2007 a copy of the foregoing Conflict Disclosure Statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to

    John D. Saxon
    Russell P. Parker
    Attorneys for Plaintiffs
    2119 Third Avenue North
    Birmingham, AL  35203

    Parties may access this filing through the Court's electronic filing system.

                                                 /s/ Davidson French

6549707.1