IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 OCT -5 P 3:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**MARGARET A. CARTER,**

**Plaintiff,**

**v.**

**DIALYSIS CLINIC, INC.**

**Defendant.**

**Civil Action No.: 2:07-cv-00682-WKW**

**JURY TRIAL DEMANDED**

**MOTION FOR ADMISSION OF ANNA M. WARNOCK *PRO HAC VICE***

The Defendant, Dialysis Clinic, Inc., moves the Court for admission of Anna M. Warnock *Pro Hac Vice*. A copy of Ms. Warnock's Certificate of Good Standing in the United States District Court for the Western District of Kentucky is filed herewith.

DATED this 5th day of October, 2007.

Respectfully submitted,

Henry C. Barnett, Jr. (BAR037)
CAPELL & HOWARD, P.C.
150 South Perry Street
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8059

and

J. Davidson French (TN BPR # 015442)
BASS, BERRY & SIMS, PLC
AmSouth Center
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6240

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th of October, 2007 a copy of the foregoing Motion for Admission Pro Hac Vice was served on those listed below, by placing same in the United States Mail properly addressed and postage prepaid.

John D. Saxon
Russell P. Parker
Attorneys for Plaintiffs
2119 Third Avenue North
Birmingham, AL 35203

Of Counsel

6576499.1

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

WESTERN **DISTRICT OF** KENTUCKY

**CERTIFICATE OF GOOD STANDING**

*I,* JEFFREY A. APPERSON *, Clerk of this Court,*

*certify that* Anna M. Warnock *, Bar #* ,

*was duly admitted to practice in this Court on*

11/23/2004 *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* LOUISVILLE *on* 8/29/07 .
*LOCATION* *DATE*

JEFFREY A. APPERSON
*CLERK*

[signature]
*DEPUTY CLERK*

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000671
Cashier ID: khaynes
Transaction Date: 10/05/2007
Payer Name: BASS BERRY AND SIMS PLC

---

PRO HOC VICE
For: ANNA M. WARNOCK
Case/Party: D-ALM-A-TT-YF-EEFUND-001
Amount: $20.00

---

CHECK
Check/Money Order Num: 276871
Amt Tendered: $20.00

---

Total Due: $20.00
Total Tendered: $20.00
Change Amt: $0.00

MPV- ANNA M. WARNOCK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARGARET A. CARTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 2:07-cv-00682-WKW** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **DIALYSIS CLINIC, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF ANNA M. WARNOCK *PRO HAC VICE***

Upon consideration of the Motion to Admit Pro Hac Vice, filed on behalf of Anna M. Warnock, and it appearing that Anna M. Warnock is a member of good standing of the United States District Court for the Western District of Kentucky, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DATED this ______ day of October, 2007.

______________________________________
**HONORABLE CHARLES S. COODY**
*CHIEF MAGISTRATE JUDGE*

6576501.1