IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGARET A. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-682-WKW |
| | ) |
| DIALYSIS CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion for Admission of Anna M. Warnock *Pro Hac Vice* (Doc. # 11) filed on October 5, 2007, it is hereby ORDERED that the motion be GRANTED.

DONE this 10th day of October, 2007.

                                                    /s/   W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE