IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGARET A. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-682-WKW |
| ) | |
| DIALYSIS CLINIC, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that **on or before October 29, 2007,** the parties shall show cause in writing why they have failed to comply with this court's September 10, 2007 Order (Doc. # 9) to file a jointly prepared Rule 26(f) report on or before October 1, 2007. The court record reflects that the parties have not done so.

DONE this 16th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE