IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

Margaret A. Carter

  Plaintiff,

v.           CASE NO. 2:07-cv-00682-WKW

Dialysis Clinic, Inc.

  Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Margaret A. Carter_, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity       Relationship to Party

11/30/2007
Date

(Signature)
John D. Saxon
(Counsel's Name)

Margaret A. Carter
Counsel for (print names of all parties)
2119 3rd Avenue North
Birmingham, AL 35203
Address, City, State Zip Code
205-324-0223
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, John D. Saxon _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic notification _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th _____ day of November _____ 20 07, to:

Davidson French

BASS, BERRY & SIMS PLC

315 Deaderick St.

Suite 2700

Nashville, TN 37238-3001

615-742-6240

11/30/2007
Date

Signature