IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGARET A. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv00682-WKW |
| ) | |
| DIALYSIS CLINIC, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Dialysis Clinic, Inc. ("DCI") is a not-for-profit corporation that provides treatment to patients with end-stage renal disease in both a chronic care setting (at stand-alone DCI clinics) and in an acute care setting (generally off-site at local hospitals). Plaintiff is a former Charge Nurse at the DCI clinic in Union Springs, Alabama. She asserted one cause of action in this case: retaliatory discharge in violation of the FMLA. (Complaint ¶30-31).

During the summer of 2005, Plaintiff exhausted all of the Family and Medical Leave Act ("FMLA") leave to which she was entitled. At the end of her FMLA leave, DCI granted Plaintiff an additional 30-day personal leave of absence in accordance with company policy. At the end of her extended leave of absence, DCI terminated Plaintiff's employment because she was not able to return to her full-time work schedule, and she declined the potential opportunity to work two, twelve-hour shifts per week.

DCI is entitled to summary judgment because Plaintiff cannot show (1) that there was a causal connection between her discharge and her FMLA leave or (2) that DCI's reason for discharging her was a pretext for unlawful retaliation.

DATED this 13th day of June, 2008.

        Respectfully submitted,

        s/Davidson French
        Davidson French (TN BPR#015442)
        Tim K. Garrett (TN BPR #12083)
        Bass, Berry & Sims, PLC
        315 Deaderick Street, Suite 2700
        Nashville, Tennessee 37238
        (615) 742-6240
        (615) 742-2740 Fax
        Email: dfrench@bassberry.com

        Henry C. Barnett, Jr. Esq. (AL BAR 037)
        Capell & Howard P.C.
        150 South Perry Street
        Montgomery, Alabama 36104
        (334) 241-8000
        (334) 241-8214 Fax
        Email: hcb@chlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th of June, 2008 a copy of the foregoing Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to

    John D. Saxon
    Russell P. Parker
    Attorneys for Plaintiffs
    2119 Third Avenue North
    Birmingham, AL  35203

Parties may access this filing through the Court's electronic filing system.

        s/Davidson French

6852756.1