IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGARET A. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:07-cv-682-WKW |
| | ) |
| DIALYSIS CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Uniform Scheduling Order (Doc. # 16) requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" on or before July 12, 2008. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before August 1, 2008**, shall either file the notice or show cause in writing why counsel has failed to comply with the court's orders.

DONE this 18th day of July, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE