IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGARET A. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-682-WKW |
| | ) |
| DIALYSIS CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It is ORDERED that the trial of this cause, presently set on **October 20, 2008**, is CONTINUED to the term of court commencing on **March 2, 2009**, in Montgomery, Alabama.

It is ORDERED that the pretrial conference of this cause, presently set on **September 15, 2008**, is CONTINUED to **February 9, 2009**, in Montgomery, Alabama.

The deadlines set forth in Sections 9, 10 and 11 of the Uniform Scheduling Order (Doc. # 16) are EXTENDED to **February 4, 2009**. All other deadlines in the Uniform Scheduling Order shall remain in full force and effect.

Done this 5th day of September, 2008.

          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE